IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA LOMAX, #214555, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:13cv148-WHA |
| KIM TOBIAS THOMAS, et al., | ) ) ) |
| Defendants. | ) |

**<u>ORDER</u>**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #17), the Recommendation is ADOPTED, and it is hereby

ORDERED that the Plaintiff's Motion to Dismiss this case is GRANTED, and this case is DISMISSED without prejudice.

DONE this 10th day of June, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE